ORIGINAL

FILED

08/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0544

FILED

AUG 1 3 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0544

_____

IN RE PETITION OF RICHARD WILLIAMSON FOR
REINSTATEMENT TO ACTIVE STATUS IN THE
BAR OF MONTANA

O R D E R

_____

Richard Williamson has petitioned for reinstatement to active status in the State Bar of Montana. The petition states that on July 1, 2024, Williamson was placed on inactive status by the State Bar of Montana pursuant to Rules 3B2, 5, and 12 of the Rules for Continuing Legal Education (CLE) for noncompliance with CLE requirements. Rule 14 governs reinstatement of members transferred to inactive status for failure to comply with CLE requirements, and provides:

> The Court may reinstate the member upon payment of all fees required by the Commission and certification by the Commission that the member has completed the minimum CLE requirements. . . . The Commission may consider hours of approved CLE that the member has completed within 24 months prior to the application for reinstatement.

Thus, Williamson must submit "certification by the [CLE] Commission" that he has completed 30 hours of CLE approved by the Commission before the Court can order reinstatement to active status. Therefore,

IT IS ORDERED that the petition of Richard Williamson for reinstatement to active status in the State Bar of Montana is DENIED WITHOUT PREJUDICE.

The Clerk is directed to provide copies of this order to the Petitioner and the State Bar of Montana.

DATED this 13 day of August, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices